# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

### Case No. 0:13-cv-61319-DIMITROULEAS

**TCA GLOBAL CREDIT MASTER FUND, L.P.,**
a Cayman Islands limited partnership,

                                   **Plaintiff,**

vs.

**WOWIO, INC. (d/b/a Studio W),**
a Texas corporation, and
**BRIAN K. ALTOUNIAN,** an individual,

                                   **Defendants.**
_____/

### JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, all of the parties (the "Parties") in the above-captioned action hereby jointly stipulate and agree as follows:

1.      The above-captioned action has been resolved by a **FIRST AMENDMENT TO CREDIT AGREEMENT** executed by the Parties.

2.      The Parties stipulate and agree that the Complaint in the above-filed action shall be dismissed without prejudice.

3.      The Parties request that this Court retain jurisdiction to enforce the terms of the **FIRST AMENDMENT TO CREDIT AGREEMENT** executed by the Parties.

4.      The Parties agree to the entry of an Order of dismissal without prejudice of the above-captioned action in the form of proposed Order attached hereto as **Exhibit 1.**

**IN WITNESS WHEREOF,** the Parties have entered into and executed this Stipulation as of November 19, 2013.

                    Exhibit B to First Amendment to Credit Agreement

TCA GLOBAL CREDIT MASTER FUND, L.P.
By: Trafalgar Capital Advisors, LLC
Manager of the TCA Global Credit Master Fund, L.P.

By: _____

Robert D. Press, As its Duly Authorized Agent

STATE OF FLORIDA     )
            ) ss:
COUNTY OF MIAMI-DADE  )

   Sworn to and subscribed before me on this _____ day of November, 2013 by _____ as the duly authorized agent of Trafalgar Capital Advisors, LLC acting as the Manager of TCA GLOBAL CREDIT MASTER FUND, L.P., who is either personally known to me or produced a driver's license as identification, and who did take an oath.

> JACQUELYN GOGIN
> Notary Public - State of Florida
> My Comm. Expires Sep 10, 201
> Commission # FF 053092

_____
NOTARY PUBLIC

WOWIO, INC., d/b/a STUDIO W

By: _____

BRIAN  K. ALTOUNIAN, as its Duly Authorized Agent

STATE OF CALIFORNIA   )
            ) ss:
COUNTY OF Los Angeles  )

   Sworn to and subscribed before me on this ___ day of November, 2013 by BRIAN  K. ALTOUNIAN, as the duly authorized agent of WOWIO, INC., d/b/a STUDIO W who is either personally known to me or produced a driver's license as identification, and who did take an oath.

_____
NOTARY PUBLIC

> LISA COLLEEN OSETEK
> Commission No. 1972035
> NOTARY PUBLIC-CALIFORNIA
> LOS ANGELES COUNTY
> My Comm. Expires MARCH 15, 2016

BRIAN  K. ALTOUNIAN

By: _____

BRIAN  K. ALTOUNIAN

STATE OF CALIFORNIA   )
            ) ss:
COUNTY OF Los Angeles  )

Exhibit B to First Amendment to Credit Agreement

Sworn to and subscribed before me on this \_18\_ day of November, 2013 by **BRIAN K. ALTOUNIAN,** who is either personally known to me or produced a driver's license as identification, and who did take an oath.

_Lisa Colleen Osetek_

NOTARY PUBLIC

Y:\DKAHAN\DOCS\TCA FUND CREDIT DOCS\STUDIO W\STIPULATION OF DISMISSAL.01.DOC



**LISA COLLEEN OSETEK**
Commission No. 1972035
NOTARY PUBLIC-CALIFORNIA
LOS ANGELES COUNTY
My Comm. Expires MARCH 15, 2016

Exhibit B to First Amendment to Credit Agreement

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 0:13-cv-61319-DIMITROULEAS

TCA GLOBAL CREDIT MASTER FUND, L.P.,
a Cayman Islands limited partnership,

Plaintiff,

vs.

WOWIO, INC. (d/b/a Studio W),
a Texas corporation, and
BRIAN K. ALTOUNIAN, an individual,

Defendants.
_____/

## ORDER DISMISSING ACTION WITHOUT PREJUDICE

THIS MATTER came before the Court upon the Joint Stipulation of Dismissal Without Prejudice entered into between the parties pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and the Court, after reviewing the Joint Stipulation and otherwise being duly advised in the premises, it is hereby

ORDERED that the Complaint filed by the Plaintiff is dismissed without prejudice, and

IT IS FURTHER ORDERED that the Court will retain jurisdiction to enforce the terms of the First Amendment to Credit Agreement executed by the Parties, though the Clerk shall close this case.

DONE AND ORDERED in Chambers this ___ day of _____, 2013.

_____
WILLIAM DIMITROULEAS
United States District Judge

Exhibit B to First Amendment to Credit Agreement

EXHIBIT 1