UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-61319-CIV-DIMITROULEAS

TCA GLOBAL CREDIT MASTER FUND, L.P.,
a Cayman Islands limited partnership,

    Plaintiff,

vs.

WOWIO, INC., (d/b/a Studio W), a Texas
corporation, and
BRIAN K. ALTOUNIAN, an individual,

    Defendants.
_____/

## FINAL ORDER OF DISMISSAL

THIS CAUSE is before the Court on the parties' Joint Stipulation for Dismissal Without Prejudice (the "Stipulation") [DE 19], filed herein on November 21, 2013. The Court has carefully considered the Stipulation [DE 19] and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.     The Stipulation [DE 19] is hereby **APPROVED**;

2.     This action is **DISMISSED without prejudice**, with each party to bear its own attorneys' fees and costs except as otherwise agreed by the parties;

3.     Though the parties ask the Court to retain jurisdiction to enforce the settlement agreement, the Court lacks the power to do so. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1280 (11th Cir. 2012) ("[F]or a district court to retain jurisdiction over a settlement agreement where the parties dismiss the case by filing a stipulation of dismissal pursuant to Rule 41(a)(1)(A)(ii) . . . the parties must condition the effectiveness of the stipulation on the district court's entry of an order

      retaining jurisdiction.")

    4.    The Clerk shall **CLOSE** this case and **DENY** all pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 22nd day of November, 2013.

_/s/ William P. Dimitrouleas_
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record